# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1478

_____

Jose Orlando Guevara-Sosa,           *

                                 *

         Appellant,          *

                                 *   Appeal from the United States

     v.                      *   District Court for the

                                 *   Eastern District of Arkansas.

Linda Sanders, Warden, FCI-FC;    *

Prince, Dr., FCI-FC; Taylor,       *   [UNPUBLISHED]

Physician's Assistant, FCI-FC; M. Dye, *

Food Service Supervisor, FCI-FC; J.   *

Jiminez, Health Services Administrator  *

(originally sued as John Doe),      *

                                 *

         Appellees.         *

_____

Submitted: April 30, 2010
Filed:  May 7, 2010

_____

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Federal inmate Jose Guevara-Sosa appeals the district court's[1] adverse grant of summary judgment in this civil rights action.  Following careful de novo review, see

_____

[1]The Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Popoalii v. Corr. Med. Servs., 512 F.3d 488, 499 (8th Cir. 2008) (summary judgment standard of review), we agree with the district court that Guevara-Sosa offered no evidence of a trial-worthy issue in response to defendants' evidence that he received adequate medical care for his chronic back problems, see Fed R. Civ. P. 56(e)(2) (nonmoving party must set out specific facts showing genuine issue for trial); Estelle v. Gamble, 429 U.S. 97, 104-07 (1976) (discussing medical deliberate-indifference standard in prison context). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Guevara-Sosa's motion for appointment of counsel.

_____